**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **STEPHANIE ANDREA MOYE,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No.: 5:26-CV-300 (CAR)** |
| | : | |
| **SODEXO LLC EAST, *et al.*,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**ORDER**

On October 16, 2026, the Court, acting *sua sponte*, struck *pro se* Plaintiff Stephanie Andrea Moye's pleadings on shotgun pleading grounds and ordered her to file a recast complaint within 21 days.[1] Seven days later, Plaintiff filed her Amended Complaint.[2] The Court has reviewed and will allow Plaintiff's Amended Complaint to proceed. "[A]n amended complaint supersedes the [original] complaint and becomes the operative pleading in the case[.]"[3] Accordingly, the Court **ORDERS** Defendant Sodexo to file an answer or other responsive pleading to the Amended Complaint within 30 days from this Order's date.

[1] Doc. 20.
[2] Doc. 21.
[3] *Krinsk v. SunTrust Banks, Inc.*, 654 F.3d 1194, 1202 (11th Cir. 2011) (quoting *Lowery v. Ala. Power Co.*, 483 F.3d 1184, 1219 (11th Cir. 2007)).

**SO ORDERED,** this 28th day of October, 2026.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT